26536, 26537.   STUBBS v. GIORDANO et al.;
and vice versa.

ALMAND, Chief Justice. The above main and cross appeals involve the same parties, orders and issues as were in the cases of *Giordano v. Stubbs,* 228 Ga. 75.

The judgment of this court in those cases renders unnecessary any judgment on the present main and cross appeals and they are

*Dismissed. All the Justices concur, except Felton, J., who dissents.*

ARGUED JUNE 14, 1971—DECIDED SEPTEMBER 27, 1971.

*Huie & Harland, Harry L. Cashin, Jr.,* for appellant.

*Haas, Holland, Freeman, Levison & Gibert, Hugh W. Gibert, Andrew C. Hall,* for appellees.